# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RIVAS CEJA,<br><br>                     Plaintiff,<br><br>          v.<br><br>UNKNOWN,<br><br>                     Defendant. | Case No. 8:22-01005 FWS (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders, the Court adjudges the above-captioned case dismissed in its entirety without prejudice.

DATED: August 30, 2022

_____
THE HONORABLE FRED W. SLAUGHTER
United States District Judge